FILED

11/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0274

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. <u>DA-24-0274</u>

_____

| | |
|---|---|
| MONTANA 406, LLC D/B/A ENGEL AND VOLKERS MONTANA, | ) ) ) |
| Plaintiff/Appellee, | ) ) |
| vs. | ) ) |
| RMC DEVELOPMENT GROUP, LLC, | ) ) |
| Defendant/Appellant. | ) |

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until December 12, 2024, to prepare, file, and serve its opening brief.

**ELECTRONICALLY SIGNED AND DATED BELOW**

cc: Karl Knuchel
    Lilia Tyrrell

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 13 2024